**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7708**

ALTON SIMMONS,

Plaintiff - Appellant,

v.

SARAH E. JOHNSON; COLBERT L. REPASS; HATTIE PIMPONG; RICK
ANDERSON; OFFICER TRUEBLOOD; SERGEANT BUNDY; ROBIN JONES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge. (5:10-ct-03017-D)

Submitted:  March 31, 2011            Decided:  April 6, 2011

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Alton Simmons, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alton Simmons appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Simmons v. Johnson, No. 5:10-ct-03017-D (E.D.N.C. Nov. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2